■ MARY C. WALSH, as Administratrix of the Estate of PHILIP B. WALSH, SR., Deceased, Respondent, v. PARKCHESTER GENERAL HOSPITAL, Appellant, et al., Defendant.— Order entered April 30, 1969, directing appellant to comply with plaintiff's notice and for other relief, unanimously affirmed, with $30 costs and disbursements to respondent, on the following grounds: Defendant, having asserted the privilege of immunity, has the burden of sustaining the claim. The burden of proof is on the one who asserts the privilege. (*Koump* v. *Smith*, 25 N Y 2d 287.) Bare conclusory statements factually unsupported cannot be relied on. Concur — Stevens, P. J., Tilzer, McGivern, McNally and Macken, JJ.

■ FREDERICK M. MANNING et al., Respondents, v. MICHAEL ASTWOOD, Appellant, and DENNIS CLEVELAND, JR., Respondent-Appellant, et al., Defendants.— Judgment in favor of Carolyn Hazzard for personal injuries in the sum of $9,500 unanimously reversed on the law, on the facts and in the exercise of discretion and a new trial granted as to that plaintiff, without costs and without disbursements, unless Carolyn Hazzard stipulates within 20 days of the order entered herein to accept $7,000 in lieu of the award of $9,500 in which event the judgment in her favor is modified to that extent and as thus modified affirmed, without costs and without disbursements. It is obvious that the award by verdict of $9,500 is excessive and not supported by the record. In all other respects the judgment as entered is affirmed. Concur — Eager, J. P., Capozzoli, Tilzer, Nunez and McNally, JJ.